UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WOFFORD, *et al.*, | ) | Civil No. 11-CV-0034-AJB (WVG) |
| | ) | |
| Plaintiffs, | ) | ORDER FOLLOWING EARLY NEUTRAL |
| | ) | EVALUATION CONFERENCE; SETTING |
| v. | ) | DATES FOR SETTLEMENT PROCESS |
| | ) | |
| APPLE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On July 17, 2012, this Court held an Early Neutral Evaluation ("ENE") Conference with counsel and representatives from both parties. During the ENE Conference, the parties settled the case, and the Court set a schedule for the parties to follow.

The parties shall comply with the following schedule:

1. On or before <u>July 27, 2012</u>, Defendants shall provide Plaintiffs with a draft of the Settlement and Release Order. If either party proposes changes to be made to the draft, the parties shall meet and confer immediately.

2. On or before <u>August 3, 2012</u>, Plaintiffs shall provide the executed Settlement and Release Order to Defendants.

3. On or before <u>August 31, 2012</u>, Defendants shall disburse the settlement funds to Plaintiffs.

//

//

    4.      On or before <u>September 7, 2012</u>, the parties shall file a Joint Motion to Dismiss this case with prejudice as to the named Plaintiffs, and without prejudice as to any unnamed class members.

    5.      A telephonic Settlement Disposition Conference is set for <u>September 10, 2012</u>, at <u>8:00 a.m.</u>  The Settlement Disposition Conference automatically will be vacated if a Joint Motion to Dismiss is filed on or before September 7, 2012. If a Joint Motion is not filed by that date, the parties must be prepared to provide an explanation to the Court during the Conference.  The Court will initiate the call.

IT IS SO ORDERED.

DATED: July 18, 2012

_____
Hon. William V. Gallo
U.S. Magistrate Judge