COHELAN KHOURY & SINGER
Timothy D. Cohelan (CA SBN 60827)
tcohelan@ckslaw.com
Michael D. Singer (CA SBN 115301)
msinger@ckslaw.com
J. Jason Hill (CA SBN 179630)
jhill@ckslaw.com
605 "C" Street, Suite 200
San Diego, California 92101-5305
Telephone:    (619) 595-3001
Facsimile:    (619) 595-3000

Attorneys for Plaintiffs Bianca Wofford and Suzann Lennox

MORRISON & FOERSTER LLP
Penelope A. Preovolos (CA SBN 87607)
PPreovolos@mofo.com
Andrew D. Muhlbach (CA SBN 175694)
AMuhlbach@mofo.com
Alexei Klestoff (CA SBN 224016)
AKlestoff@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415)268-7000
Facsimile:    (415) 268-7522

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA WOFFORD and SUZANN LENNOX, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 11-CV-0034 AJB (WVG)<br><br>**JOINT MOTION AND STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE AND UNNAMED CLASS MEMBER CLAIMS WITHOUT PREJUDICE [F.R.C.P. 41 (a)(2)]** |

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Bianca Wofford and Suzann Lennox, and Defendant Apple Inc., by and through their respective undersigned counsel, as follows:

   1.   The individual claims against Defendant of Plaintiff Bianca Wofford shall be dismissed in their entirety with prejudice pursuant to F.R.C.P. 41(a)(2);

   2.   The individual claims against Defendant of Plaintiff Suzann Lennox shall be dismissed in their entirety with prejudice pursuant to F.R.C.P. 41(a)(2);

   3.   The individual claims against Defendant as to any Unnamed Class Member shall be dismissed without prejudice pursuant F.R.C.P. 41(a)(2).

   4.   Each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: August 24, 2012          COHELAN KHOURY & SINGER

                                By:   /s/ J. Jason Hill
                                      E-mail: JHill@CSKLaw.com

                                Plaintiffs BIANCA WOFFORD AND
                                SUZANN LENNOX

Dated: August 24, 2012          MORRISON & FOERSTER LLP

                                By:   /s/ Andrew D, Muhlbach
                                      E-mail: AMuhlbach@mofo.com

                                Attorneys for Defendant APPLE INC.

I, Andrew D. Muhlbach, am the ECF User whose ID and password are being used to file this Joint Motion and Stipulation of Dismissal In compliance with the Court's Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.